UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN HODGINS, | ) |
| Petitioner, | ) |
| vs. | ) No. 1:15-cv-00308-TWP-DML |
| D. ZATECKY, | ) |
| Respondent. | ) |

**Entry Discussing Petition for Writ of Habeas Corpus**

This matter is before the Court on a Petition for Writ of Habeas Corpus filed by Petitioner Dustin Hodgins. In a prison disciplinary proceeding identified as No. ISR 14-10-0085 Mr. Hodgins was found guilty of engaging in an unauthorized financial transaction and was sanctioned. That determination has since been vacated and a new hearing will be conducted. [Filing No. 11-3]. This renders the habeas action moot, and an action which is moot must be dismissed for lack of jurisdiction. *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998); *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996).

The respondent's motion to dismiss [dkt 11] is **granted**. Judgment consistent with this Entry shall now issue.

**SO ORDERED.**

Date: 6/25/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

All electronically registered counsel

DUSTIN HODGINS
116909
PENDLETON CORRECTIONAL FACILITY
Electronic Filing Participant – Court Only